**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JODY L. HIRST** | ) |
| **Plaintiff** | ) |
| | ) **Civil Action No:** |
| v. | ) |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY** | ) |
| **Defendant** | ) |

**COMPLAINT**

Jody Hirst, the plaintiff named above, makes the following representations to this Court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

1. Ms. Hirst is a resident of Pittsburgh, Allegheny County, Pennsylvania.

2. The plaintiff complains of a decision which adversely affects her in whole in or in part. The decision has become the final decision of the Secretary for purposes of judicial review and bears the following caption:

| In the case of: | Claim for: |
|---|---|
| Jody L. Hirst | Disability Insurance Benefits |
| | Supplemental Security Income Benefits |

3. Ms. Hirst has exhausted administrative remedies in this matter and this court has jurisdiction for judicial review pursuant to 42 U.S.C. 405 (g).

WHEREFORE, Jody Hirst seeks judicial review by this court and the entry of a judgment for such relief as may be proper, including costs.

Attorney for Plaintiff,
Jody L. Hirst

*/s/Barbara E. Holmes*
Barbara E. Holmes
BLAUFELD SCHILLER & HOLMES, LLP
810 Penn Avenue, Suite 700
Pittsburgh, PA  15222
(412) 391-0775
I.D. No:  42100