

# Kalahari Commitment to Clean Re-Opening Manual

**RESORT- WIDE WELLNESS INITIATIVES**

- We ask that all guests respect a proper physical distance staying 6-feet from anyone not in your group
- Sanitizer stations are located throughout the resort. Maps will be available to locate the nearest sanitizer station
- Signage will be hung, reinforcing proper hygiene
- We currently use Hospital-grade disinfectant is used resort-wide when sanitizing.
- We have implemented a Wellness Concierge. This person will communicate safety initiatives and monitor our new health standards
- Masks or Shields are mandatory for all associates. Protective screens are in place in those areas where it is necessary for an example the Front Desk, Coffee Shops, Retail Stores and Snack Shops.

## ADDITIONAL RESORT-WIDE PROTOCOLS

- Common-area cleaners will wear gloves
- Continued deep-cleaning of high touch point surfaces including: faucets, trash-receptacles, vending machines, elevators, buttons, keypads, luggage carts, stair handrails, gym equipment, statues, and counters
- Each department will document cleaning procedures, products, and schedules
- All interior doors that are able, will be propped open. When doors can't be propped open, sanitation wipes will be readily available
- We are adding a Step Pull door system to some doors to minimize high touch point contact.
- To minimize guest and associate contact, bell, valet and luggage storage will be closed. We ask that all guests store luggage in their vehicles. Our Shuttle Service will be limited.
- As always, First Aid Responders are on property to assist with anything related to safety and wellness

**CHECK IN & GUEST SERVICES WELLNESS INITATIVES**

Exhibit C

- All touch point areas, including credit card machines and kiosks, will be sanitized after each transaction
- All key cards and waterpark wristbands will be sanitized prior to being presented
- Information in the key card packet containing maps, coupons and activities will be sent via text
- Front Desk Agents will be staggered providing physical distance between each guest
- Remote check in stations will be utilized to provide additional space when needed
- We ask that only one family member checks in at the front desk

**GUEST ROOMS & SUITES WELLNESS INITIATIVES**

- In effort to not enter an occupied guest room, traditional stay over service will no longer be available. However, we will gladly deliver any additional amenity requests
- Should you need a change of linens or towels, rooms will be equipped with large bags to exchange items outside of the door
- High touch items have been removed, including: tissue box covers, informational binder, coffee makers, newspapers, menus and pens
- Maps, in-room dining menus, and other paper products will be provided via text message

## ADDITIONAL ROOM & SUITE PROTOCOLS

- Housekeepers team members will be required to wear gloves and housekeeping carts will be sanitized daily
- We currently use Hospital-grade disinfectant is used resort-wide when sanitizing.

**WATERPARKS WELLNESS INITIATIVES**

- Physical distancing initiatives will be implemented for safe queueing for ride and attractions.
- The CDC states, "There is no evidence that COVID-19 can be spread to humans through the use of pools and hot tubs. Proper operation, maintenance, and disinfection (e.g., with chlorine and bromine) of pools and hot tubs should remove or inactivate the virus that causes COVID-19"
- EPA approved chemicals are used and safety protocols meet or exceed industry standards
- Chairs and loungers will be sanitized frequently
- Some of the chairs and loungers will be removed to aid in physical distancing

## ADDITIONAL WATERPARK PROTOCOLS

- Rafts cannot be shared with persons not in your family group.
- Lifeguard stations will be sanitized during rotation
- Each guard will be assigned their own rescue tube
- Rafts and Body Boards will be sanitized frequently
- Cabanas and Bungalows will be thoroughly sanitized between guests
- Towels will be self service

Exhibit C

**CONVENTION CENTER WELLNESS INITIATIVES**

- Continental buffets and coffee breaks will focus on house-packaged, single use or refillable options
- We are reconfiguring meeting room layouts to accommodate physical distancing best practices
- Hybrid meeting offerings available

**BANQUET SERVICE PROTOCOLS**

- Additional plated, box and single service meal options will be added to our convention offerings.
- Condiments will be single use or sanitized frequently
- We have discontinued self-serve options such as buffets or salad bars temporarily
- Single use paper menus will be provided or viewable from your personal device

**MEETING ROOMS PROTOCOLS**

- Meeting rooms will be sanitized frequently
- All AV equipment will be sanitized between use, including: microphones, podiums and light switches
- High touch items such as pens, paper and mints have been removed or are single use

**FOOD & BEVERAGE OPERATIONS WELLNESS INITIATIVES**

- Restaurant occupancy will be dictated by local governance
- Pens and check presenters will be sanitized after each use
- Mint and toothpick offerings have been removed
- Single use condiments will be utilized whenever possible
- Single use paper menus will be provided at each sit down restaurant

**ADDITIONAL FOOD & BEVERAGE PROTOCOLS**

- All Chefs are Servsafe certified
- Server stations will be sanitized after every use
- Room service carts will be sanitized after each use
- Food preparation and food handling meet and exceed all state requirements

**ARCADE & ADVENTURE PARKS WELLNESS INITIATIVES**

- Physical distancing initiatives will be implemented for safe queueing for ride and attractions

Exhibit C

- Arcade games will be sanitized frequently
- Sanitation wipes will be readily available
- Rides and attractions will be sanitized after each use

**SPA KALAHARI & SALON WELLNESS INITIATIVES**

- All treatment room will be cleaned and sanitized after each guest
- Signage will be displayed outside the treatment room once sanitized
- All coffee and water stations will be discontinued

**RETAIL OUTLETS WELLNESS INITIATIVES**

- Changing rooms will be disinfected after each guest use.
- Physical Distancing markers will indicate a 6 foot distance in some locations
- All high touch points will be disinfected frequently
- Shields have been placed over the checkout desk to ensure proper physical distancing

**ASSOCIATE RESPONSIBILITY WELLNESS INITIATIVES**

- Temperature checks will be required for any associate coming on property. Any associates with a temperature higher than 100.4 will not be permitted on property.
- Associates will be required to complete wellness and safety training prior to returning to work. Training will include OSHA and CDC requirements
- All shared equipment, including radios, phones, computers, payment terminals, kitchen equipment and time clocks, will be sanitized after every use

## ADDITIONAL ASSOCIATE PROTOCOLS

- Hand sanitizer stations will be at all time clocks, break rooms and other intersections
- All state and federal guidelines regarding gloves and face masks for associates will be followed
- When possible, all training and on boarding will be given virtually
- All associates are required to stay home if they are feeling ill
- Associates with exposure or symptoms of COVID-19 will be required to stay home and follow isolation protocol

*As more information becomes available, we will continue to make adjustments to support the safety and well-being of guests and associates. From our family ownership to all of our team members across the country, we take pride in the role we are playing to ensure the wellness of those we serve. We are looking forward to serving you and your family soon.*

Exhibit C

# THE Kalahari®
## COMMITMENT TO CLEAN

Kalahari Resorts takes a multi-faceted approach to protecting our resort, convention center, dining, and spa guests. This is our Kalahari Commitment to Clean and to you.

The University of Kalahari will administer mandatory Covid -19 awareness training.  This course will educate all associates on the signs and symptoms of the virus, personal protective equipment, and their responsibilities to our guests and team mates.  In addition, each individual department will give specialized on the job training that outlines new and updated requirements to keep our guests healthy.

All high touch points in common areas will be sanitized several times throughout the day. Our specialty task force teams will thoroughly disinfect the resort common areas, restrooms and locker rooms, luggage carts, Waterpark, Tom Foolerys and game rooms, restaurants, food courts, and Spa Kalahari, on the overnight shift with hospital grade disinfectant in high pressure continuous sprayers.  We have implemented wellness and sanitation electronic checklists in each department ensuring that touchpoints are disinfected multiple times daily.  The checklist ensures that associate wellness checks are conducted according to standard operating procedure. The wellness and sanitation checklists will be audited in each department by the Wellness Ambassador who has been trained in the severity of this initiative.

To maintain physical distance guidelines, we no longer offer daily stay over service.  Should a guest request new linens or towels, we ask them to utilize the provided bags and exchange items outside of their room without contact.

Our Wellness Concierge will be enforcing 6 feet physical distancing and all safety best practices. If at any time a guest feels we're not fulfilling our promise, we ask them to text CLEAN and a member of leadership will address their concern immediately.

We have removed all unnecessary touch points from guest rooms to provide our most hygienic room to date. This includes the coffee maker, ice bucket, alarm clock, Kleenex box cover, all menus and books, as well as bed spreads. The remote control has been disinfected twice and placed in safety sealed plastic. The sofa sleeper bed will be prepared fresh for each guest.

All of our towels and linens are cleaned with UV treated water to kill 99.9% of viruses and bacteria. Kalahari believes in using the newest and best technology when it comes to cleaning guest laundry. All of our resorts use the patented OMNI System using EPA-approved technology that has been proven to destroy all other coronaviruses, such as SARS. The CDC states, "Products with the EPA-approved emerging viral pathogens claims are recommended for use against SARS-CoV-2 (COVID-19)". Additionally, World Health Organization attests to the fact, "UV and ozone are the 'best available technology' to meet the world's most demanding public health issues." The coronaviruses are RNA viruses, which are susceptible (deactivated and cannot reproduce) to the UV light process.  OMNI Systems kill RNA coronaviruses, the Kalahari Resorts has invested in the best available laundry technology to keep guests and associates safe.

**THANK YOU FOR ALLOWING US THE OPPORTUNITY TO SERVE YOUR FAMILY.  WE'RE HAPPY YOU'RE HERE!**

# Kalahari
## RESORTS & CONVENTIONS



**C** — Certificate of wellness and sanitation training. All associates are part of the solution to create a safe place to work and play.



**L** — Leave only what matters. We have removed all non-essential items from the guest rooms, meeting spaces and dining areas to minimize associate contact and the exchange of items.

**E** — EPA approved hospital-grade disinfectant used in all guest rooms and throughout the entire resort. The high-touch areas are continually sanitized and disinfected.



**A** — All in this together. If at anytime you feel we're not fulfilling our Commitment to Clean, text us. A member of leadership will respond immediately.



**N** — Now, let's have some fun!  From our delicious restaurants, to the Waterpark, Adventure Parks and back – we've removed the worry and replaced it with confidence.  Thank you for allowing us the opportunity.

Exhibit C

**IT'S IN THE DETAILS**



# IT'S IN THE DETAILS

SO WHEN IT'S TIME TO REST EASY – YOU CAN

### GO CASHLESS
If you would like to go cashless, we're here to help! Add funds to your room key, a Kalahari gift card or your wristband. Plus we accept all major credit cards and mobile payments.



### DEEP-CLEANING
EPA approved hospital grade disinfectant in high pressure continuous sprayers will be deployed by our specialty task force teams. Continued deep-cleaning of high touch point surfaces including: faucets, trash-receptacles, vending machines, elevators, buttons, keypads, luggage carts, stair handrails, gym equipment, statues, and counters.





### PROTECTIVE EQUIPMENT
Associates will wear masks and gloves and follow the strictest of guidelines for handwashing.

### DINING
Single use condiments and paper menus will be utilized whenever possible.




### WATERPARK
Lifeguard stations, rafts and cabanas will be sanitized frequently. Towels will be self service.

### HYGIENE
Signage will be hung, reinforcing proper hygiene for guests and associates.





### GUEST ROOMS
Traditional stay over service will be suspended. However, happy to deliver any amenity requests.




### TEMPERATURE CHECKS
Temperature checks will be required for any associate coming on property. Any associate with a temp will not be permitted on property.




Exhibit C

**THE KALAHARI COMMITMENT TO CLEAN**